JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00891 JW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 25 THROUGH FEBRUARY 8, 2010 |
| WILLIAM A. BROWN, | |
| Defendant. | |

Defendant WILLIAM A. BROWN, represented by Assistant Federal Public Defender Lara Vinnard, and the government, represented by Assistant United States Attorney Hartley West, appeared before the Court on January 25, 2010, for status. The Court continued the matter two weeks, to February 8, 2010, for change of plea or trial setting. The Court found the time between January 25 and February 8 excludable under the Speedy Trial Act for effective preparation of defense counsel, to allow newly-appointed "consultation counsel" to evaluate the defense and advise the defendant regarding next steps.

Accordingly, based upon the representations of defense counsel, for good cause shown, the Court finds that failing to exclude the time between January 25 and February 8, 2010, would deny defense counsel the reasonable time necessary for effective preparation, taking into account

ORDER EXCLUDING TIME
Case No. CR 09-00891 JW

1  the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court finds that the ends
2  of justice served by excluding the time between January 25 and February 8, 2010, from
3  computation under the Speedy Trial Act outweigh the best interests of the public and the
4  defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between
5  January 25 and February 8, 2010, shall be excluded from computation under the Speedy Trial
6  Act.  *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

8  APPROVED AS TO FORM.

10  DATED: January 26, 2010                              /s/
11                                                       LARA S. VINNARD
                                                         Assistant Federal Public Defender

13  DATED: January 26, 2010                              /s/
14                                                       HARTLEY M. K. WEST
                                                         Assistant United States Attorney

16  IT IS SO ORDERED.

18  DATED: February 1, 2010                              [signature]
19                                                       HON. JAMES WARE
                                                         United States District Judge

ORDER EXCLUDING TIME
Case No. CR 09-00891 JW                -2-