BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00891 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO AMEND** |
| | ) | **JUDGMENT TO WAIVE INTEREST ON** |
| v. | ) | **RESTITUTION; [PROPOSED] ORDER** |
| | ) | |
| WILLIAM BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant William Brown was sentenced on May 10, 2010, and ordered to pay $833.64 in restitution.  At that time, defense counsel failed to request that the Court waive interest on the restitution.  Mr. Brown is indigent and lacks the ability to pay interest.  Government counsel has no objection to the waiver of interest on restitution.  In the event that the Court would entertain a stipulation to amend the judgment on this ground, the parties stipulate that the Court may amend the judgment to waive interest on the restitution.

Should the Court agree to waive interest on the restitution, the parties do not believe that a further hearing on this issue is necessary, but should the Court prefer to hear argument, the parties request that the Court set the matter on the next available date.

1    IT IS SO STIPULATED.

2  Dated: 5/13/10                             _____/s/_____
                                              LARA S. VINNARD
3                                             Assistant Federal Public Defender

4  Dated: 5/13/10                             _____/s/_____
                                              HARTLEY WEST
5                                             Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>WILLIAM BROWN,<br><br>        Defendant. | No. CR 09-00891 JW<br><br>**[PROPOSED] ORDER AMENDING JUDGMENT TO WAIVE INTEREST ON RESTITUTION** |

The Court issued the judgment in this matter on May 13, 2010, ordering in part that Mr. Brown must pay $833.64 in restitution. The parties have stipulated that interest on the restitution may be waived because he does not have the ability to pay interest, and have further stipulated that the judgment in this matter may be amended to waive Mr. Brown's obligation to pay interest on restitution.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that interest on the restitution is waived because Mr. Brown does not have the ability to pay interest. The clerk shall amend the judgment to so reflect.

Dated: May 17, 2010

_____
JAMES WARE
United States District Judge

STIPULAT... ;MENT TO
WAIVE IN... TION;
[PROPOSI...
No. CR 09-000891 JW      3